1
2  SHAFFY MOEEL, ESQ.
   Cal State SBN 238732
3  MOEEL LAW OFFICE
   214 Duboce Ave.
4  San Francisco, CA 94103
   Telephone:  (415) 735-5021
5  Facsimile:  (415) 255-8631
   Email:         shaffymoeel@gmail.com
6
7  Attorney for Defendant
   PAUL LAMONT LEE
8
                   UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11
12
13 UNITED STATES OF AMERICA,                CASE NO. CR 14-00131 JST

14        Plaintiff,
                                            **STIPULATON MOVING AUGUST 11, 2014
15     v.                                   HEARING TO AUGUST 12, 2014;
                                            (PROPOSED) ORDER**
16 PAUL LAMONT LEE,

17        Defendant.

18
19
20
21     IT IS HEREBY STIPULATED by and between plaintiff United States of America,

22 through counsel, THOMAS MOORE and defendant PAUL LAMONT LEE through counsel,

23 SHAFFY MOEEL, that the August 11, 2014 hearing scheduled for 9:30 a.m., be rescheduled for

24 August 12, 2014 at 9:30 a.m.

25     A proposed Order is attached.

26
27 //

28 //

-1-
**STIPULATION MOVING DATE FOR HEARING; (PROPOSED) ORDER,
NO. 14-131 JST**

1 **IT IS SO STIPULATED.**

2

3  Dated: July 24, 2014                              Respectfully submitted,

4                                                                 MELINDA HAAG
                                                                    United States Attorney
5
                                                                    By: /s/ *Thomas Moore*
6                                                                 _____
                                                                    THOMAS MOORE
7                                                                 Assistant United States Attorney

8                                                                 By: /s/ *Shaffy Moeel*

9                                                                 _____
                                                                    SHAFFY MOEEL
10                                                              Attorneys for Mr. Dagoberto Garcia

11 IT IS SO ORDERED.

12 Dated: 7/31/14                                     _____
                                                                    HONORABLE KANDIS A. WESTMORE
13                                                              Magistrate Judge, United States District Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28