1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6          OAKLAND DIVISION

7

8
UNITED STATES OF AMERICA,                    CASE NO. CR 14-00131 JST
9
            Plaintiff,
10                                           (PROPOSED) ORDER
            v.
11
PAUL LAMONT LEE,
12
            Defendant,
13

14

15      Good cause having been shown, Mr. Paul Lamont Lee's next court date shall be moved

16   from November 14, 2014 at 9:30 a.m. to November 21, 2014 at 9:30 a.m.

17

18

19   IT IS SO ORDERED.

20   Dated:  November 5, 2014    _____
                                 HONORABLE JON S. TIGAR
21                               Judge, United States District Court

22

23

24

25

26

27

28