SHAFFY MOEEL, ESQ.
Cal State SBN 238732
MOEEL LAW OFFICE
214 Duboce Ave.
San Francisco, CA 94103
Telephone:  (415) 735-5021
Facsimile:   (415) 255-8631
Email:           shaffymoeel@gmail.com

Attorney for Defendant
PAUL LAMONT LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>PAUL LAMONT LEE,<br><br>             Defendant. | CASE NO. CR 14-131 JST<br><br>**STIPULATON MOVING NOVEMBER 25, 2014 HEARING TO DECEMBER 4, 2014; (PROPOSED) ORDER** |

IT IS HEREBY STIPULATED by and between plaintiff United States of America, through counsel, THOMAS MOORE and defendant PAUL LAMONT LEE through counsel, SHAFFY MOEEL, that the November 25, 2014 hearing scheduled for 9:30 a.m., be rescheduled for December 4, 2014 at 9:30 a.m.  The Pre-Trial Services Officer has been notified of this request and she is available to appear in court on the requested date.

   A proposed Order is attached.

//

1  //

2  **IT IS SO STIPULATED.**

3

4  Dated:  November 24, 2014                                    Respectfully submitted,

5                                                                                  MELINDA HAAG
                                                                                    United States Attorney
6
                                                                                    By: /s/ *Thomas Moore*
7                                                                                   _____
                                                                                    THOMAS MOORE
8                                                                                   Assistant United States Attorney

9                                                                                   By: /s/ *Shaffy Moeel*

10                                                                                  _____
                                                                                    SHAFFY MOEEL
11                                                                                  Attorneys for Mr. Paul Lamont Lee

12
     IT IS SO ORDERED.
13
     Dated: __11/24/14_____                          _____
14                                                                                  HONORABLE KANDIS A. WESTMORE
                                                                                    Magistrate Judge, United States District Court
15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
**STIPULATION MOVING DATE FOR HEARING; (PROPOSED) ORDER,
NO. 14-131 JST**