SHAFFY MOEEL, ESQ.
Cal State SBN 238732
MOEEL LAW OFFICE
214 Duboce Ave.
San Francisco, CA 94103
Telephone:  (415) 735-5021
Facsimile:  (415) 255-8631
Email:          shaffymoeel@gmail.com

Attorney for Defendant
PAUL LAMONT LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PAUL LAMONT LEE,<br><br>    Defendant. | CASE NO. CR 14-131 JST<br><br>**STIPULATON MOVING DECEMBER 19, 2014 HEARING TO JANARY 9, 2015; (PROPOSED) ORDER** |

    IT IS HEREBY STIPULATED by and between plaintiff United States of America, through counsel, THOMAS MOORE and defendant PAUL LAMONT LEE through counsel, SHAFFY MOEEL, that the December 18, 2014 hearing scheduled for 9:30 a.m., be rescheduled for January 9, 2015 at 9:30 a.m.  Mr. Lee is now in the custody of the US Marshals.

    A proposed Order is attached.

//

//

1 **IT IS SO STIPULATED.**

2

3 Dated: December 18, 2014                    Respectfully submitted,

4                                                                         MELINDA HAAG
                                                                                United States Attorney
5
                                                                                By: /s/ *Thomas Moore*
6                                                                         _____
                                                                                THOMAS MOORE
7                                                                         Assistant United States Attorney

8                                                                         By: /s/ *Shaffy Moeel*

9                                                                         _____
                                                                                SHAFFY MOEEL
10                                                                       Attorneys for Mr. Paul Lamont Lee

11 IT IS SO ORDERED.

12 Dated: December 18, 2014

13                                                                         _____
                                                                                THO...
14                                                                         Dis...                                   ...urt

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS SO ORDERED

Judge Jon S. Tigar