SHAFFY MOEL, ESQ.
Cal State SBN 238732
MOEEL LAW OFFICE
214 Duboce Ave.
San Francisco, CA 94103
Telephone: (415) 735-5021
Facsimile: (415) 255-8631
Email: shaffymoeel@gmail.com

Attorney for Defendant
PAUL LAMONT LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PAUL LAMONT LEE,<br><br>　　　　Defendant. | CASE NO. CR 14-131 JST<br><br>**STIPULATON MOVING JANUARY 30, 2015 HEARING TO FEBRUARY 6, 2015; (PROPOSED) ORDER** |

　　　　IT IS HEREBY STIPULATED by and between plaintiff United States of America, through counsel, THOMAS MOORE and defendant PAUL LAMONT LEE through counsel, SHAFFY MOEEL, that the January 30, 2015 hearing scheduled for 9:30 a.m., be rescheduled for February 6, 2015 at 9:30 a.m.  Mr. Lee is now in the custody of the US Marshals.

　　　　The parties agree that the ends of justice are served by excluding time from January 30, 2015 to February 6, 2015 under the Speedy Trial because additional time is required to allow for defense counsel's review of new discovery, continuity of counsel and to allow Mr. Lee and his

counsel adequate time to pursue plea negotiations in this case.

A proposed Order is attached.

**IT IS SO STIPULATED.**

Dated:  January 28, 2015						Respectfully submitted,

								MELINDA HAAG
								United States Attorney

								By: /s/ *Thomas Moore*
								_____
								THOMAS MOORE
								Assistant United States Attorney

								By: /s/ *Shaffy Moeel*
								_____
								SHAFFY MOEEL
								Attorneys for Mr. Paul Lamont Lee

The Court finds the ends of justice served by excluding time from January 30, 2015, to February 6, 2015 under the Speedy Trial Act in that additional time is required for defense counsel to review new discovery, continuity of counsel and to allow Mr. Lee and his counsel adequate time to pursue plea negotiations in this case.

IT IS SO ORDERED.

Dated: January 29, 2015

IT IS SO ORDERED
Judge Jon S. Tigar

---

-2-
**STIPULATION MOVING DATE FOR HEARING; ~~(PROPOSED)~~ ORDER,
NO. 14-131 JST**