1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID CALLAWAY (CABN 121782)
3  Chief, Tax Division

4  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
5  Chief, Tax Division

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7017
        FAX: (415) 436-7009
8
   Attorneys for United States of America
9

                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                        OAKLAND DIVISION
12

13  UNITED STATES OF AMERICA,           )  Case No. CR 14-131 JST
                                        )
14           Plaintiff,                 )
                                        )  STIPULATION MOVING JUNE 19, 2015
15      v.                              )  HEARING TO AUGUST 21, 2015 AND
                                        )  [PROPOSED] ORDER
16  PAUL LAMONT LEE,                    )
                                        )
17           Defendant.                 )
                                        )
18  _____ )

19      IT IS HEREBY STIPULATED by and between plaintiff United States of America, through

20  counsel, THOMAS MOORE and defendant PAUL LAMONT LEE through counsel, SHAFFY

21  MOEEL, that the June 19, 2015 sentencing hearing scheduled for 9:30 a.m., be rescheduled for

22  August 21, 2015 at 9:30 a.m.  Mr. Lee is in custody.

23      Mr. Lee's counsel will be out of the country from May 26, 2015 until June 10, 2015.  She

24  will need more time to prepare for Mr. Lee's sentencing hearing and to timely file her sentencing

25  papers on Mr. Lee's behalf.

26      **IT IS SO STIPULATED.**

27  //

28  //

STIP. and [PROPOSED] ORDER
No. 14-131 JST                                  1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
SHAFFY MOEEL
Attorney for Defendant
Paul Lamont Lee

/s/
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division

IT IS SO ORDERED.

Dated: June 11, 2015

_____
HONORABLE JON S. TIGAR
District Judge, United States District Court

STIP. and [PROPOSED] ORDER
No. 14-131 JST                                         2